THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tyrone Lee
 Ervin, Appellant.
 
 
 
 
 

Appeal From York County
 Diane Schafer Goodstein, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-560
 Submitted November 2, 2009  Filed
November 23, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Tyrone
 Lee Ervin appeals the revocation of his probation, arguing the decision to
 revoke his probation was without evidentiary support.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., Huff, and Geathers, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.